IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff,<br><br>v.<br><br>BRIAN EDWARD LYNCH<br><br>   Defendant. | 2:25-CR-086-Z-BR-(1) |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

On November 21, 2025, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Brian Edward Lynch filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Brian Edward Lynch was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Brian Edward Lynch; and ADJUDGES Defendant Brian Edward Lynch guilty of Count One in violation of 18 U.S.C. § 1951(a) and Count Two in violation of 18 U.S.C. § 924(c)(1)(A)(ii). Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, December 8, 2025.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE